# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Frederick Banks,** | ) | **CASE NO. 4:20 CV 1525** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | **Memorandum of Opinion and Order** |
| **Warden Michael Phillips,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This is another frivolous action filed by *pro se* Petitioner Frederick Banks, an inmate in the Northeast Ohio Correctional Complex in Youngstown, Ohio, and a frequent and frivolous filer in this and other District Courts. Although he has been declared a frivolous filer subject to the three-strikes provision of 28 U.S.C. § 1915(g) on numerous occasions and is barred from filing any further civil actions in federal court without prepayment of fees, Banks now attempts to utilize 28 U.S.C. § 2241 to circumvent the application of § 1915(g). He repeatedly has been told by many District Courts, including this one, that habeas corpus petitions cannot be used to assert claims pertaining to conditions of confinement. *Martin v. Overton*, 391 F.3d 710, 714 (6th Cir. 2004). Undeterred, Banks has filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 against NEOCC Warden Michael Phillips, Core Civic, Core Civic CEO Damon Hininger,

Dana Hivner, Nurse Kelly, and Corrections Officer Valentine claiming they will not give him his preferred blood pressure medication and do not get him for medical appointments. These claims pertain to conditions of confinement and cannot be asserted in a habeas action. *Id.*; *Preiser v. Rodriguez*, 411 U.S. 475, 487-88 (1973).

    Accordingly, this action is dismissed pursuant to 28 U.S.C. § 2243. Further, under 28 U.S.C. § 1915(a)(3), this Court certifies an appeal could not be taken in good faith.

    IT IS SO ORDERED.

                                                /s/ Patricia A. Gaughan
                                                PATRICIA A. GAUGHAN
                                                United States District Judge

Dated: 12/2/20